

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| THE STATE OF TEXAS, | § | No. 08-14-00014-CR |
| State, | § | Appeal from the |
| v. | § | 171st District Court |
| PHILLIP ANDREW FRIAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20130D03266) |
| | § | |

# **O R D E R**

The Court GRANTS Anita Garcia's third request for an extension of time within which to file the Reporter's Record until **May 26, 2014.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Anita Garcia, Official Court Reporter for the 171st District Court for El Paso County, Texas, prepare the Reporter's Record and forward the same to this Court on or before May 26, 2014.

IT IS SO ORDERED this 30th day of April, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.